IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KAREN ASH**                                                                                           **PLAINTIFF**

v.                              Case No. 3:21-cv-00070-JTK

**KILOLO KIJAKAZI,** *Acting Commissioner*,
Social Security Administration                                                        **DEFENDANT**

## ORDER

Before the Court is Plaintiff's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"). (Doc. No. 20) Plaintiff requests a total of $4,347.68 (which includes $4326.20 in fees and $21.48 in expenses). Defendant does not object to this award. (Doc. No. 22) After careful consideration, the Court finds that Plaintiff should be awarded reasonable attorney's fees.

EAJA fees are payable to Plaintiff, not Plaintiff's attorney, and such fees are subject to an offset when the Plaintiff has outstanding federal debts. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Therefore, subject to any offset, payment by check to the order of the Plaintiff, in care of her attorney, will issue to Plaintiff's attorney.

Accordingly, the Motion for Attorney's Fees pursuant to the EAJA (Doc. No. 20) is GRANTED. Plaintiff is awarded $4,347.68.

SO ORDERED THIS 12th day of April, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE